UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE DIAZ, | No. 2:17-cv-0235 KJN P |
| Plaintiff, | |
| v. | ORDER |
| DR. GRIFFITH, D.O., et al., | |
| Defendants. | |

Plaintiff consented to proceed before the undersigned for all purposes. See 28 U.S.C. § 636(c). By order filed August 30, 2017, plaintiff's amended complaint was dismissed and thirty days leave to file a second amended complaint was granted. Thirty days from that date have now passed, and plaintiff has not filed a second amended complaint, or otherwise responded to the court's order.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

Dated: October 13, 2017

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/diaz0235.fta

1